UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KLAMUT,<br><br>   Plaintiff,<br><br> v.<br><br>KING CITY,<br><br>   Defendant. | Case No. 15-cv-02132-MEJ<br><br>**ORDER SETTING (1) DEADLINE TO FILE AMENDED COMPLAINT, (2) SERVICE DEADLINE, AND (3) CASE MANAGEMENT CONFERENCE** |

On August 10, 2015, the Court ordered Plaintiff William Klamutt to file a status report, as there was no indication the named defendants had been served. Dkt. No. 7. In his response, Plaintiff states he has learned King City and its police officers were not involved in the conduct alleged in his Complaint, and he will therefore dismiss them as defendants. Dkt. No. 8. Plaintiff also states he discovered that California Highway Patrol officers and Monterey County Sheriff's Deputies "engaged in the conduct or failed to prevent the conduct engaged in from other officers that led to the Plaintiff's injuries," and he intends to file a motion for leave to amend the complaint to substitute the DOE defendants in this action for the named California Highway Patrol officers to be sued in their individual capacity, and Monterey County Sheriff deputies to be sued in their official and individual capacity. *Id.* Having considered Plaintiff's reasoning, the Court finds good cause exists to grant leave for Plaintiff to file an amended complaint. *See* Fed. R. Civ. P. 15(a)(2). Accordingly, the Court **ORDERS** Plaintiff to: (1) file his amended complaint by September 2, 2015; (2) file a dismissal of the current defendants by September 2, 2015; and (3) serve all new defendants by September 16, 2015.

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held on November 5, 2015 at 10:00 a.m. in Courtroom B, 15th

Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.  The parties shall file a Joint Case Management Statement by October 29, 2015, which shall contain the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge