UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KLAMUT,

    Plaintiff,

  v.

CALIFORNIA HIGHWAY PATROL, et al.,

    Defendants.

Case No. 15-cv-02132-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on December 17, 2015. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge