UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KLAMUT,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. 15-cv-02132-MEJ<br><br>**ORDER FOR DEFENDANTS TO E-FILE REQUEST FOR JUDICIAL NOTICE AND EXHIBIT(S)** |

On November 19, 2015, Defendants filed a Reply in support of their Motion to Dismiss. Dkt. No. 22.  On page 2 of their Reply, Defendants refer to a claim Plaintiff submitted to the California Victim Compensation and Government Claims Board against "King City Police" and "California Highway Patrol" on October 23, 2013, and reference a Request for Judicial Notice.  As it does not appear Defendants filed their Request for Judicial Notice, the Court ORDERS Defendants to e-file the referenced documents by December 15, 2015.  No chambers copy is required.

    **IT IS SO ORDERED.**

Dated: December 14, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge