UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KLAMUT,<br><br>             Plaintiff,<br><br>      v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>             Defendants. | Case No.  15-cv-02132-MEJ<br><br>**ORDER FOR PARTIES TO MEET AND CONFER** |

The Court is in receipt of a letter from counsel for Defendants CHP Officers Nibecker and Wheeler requesting the Court set a telephonic hearing to enforce the undersigned's Discovery Standing Order, which requires the parties to meet and confer in person in an attempt to resolve any discovery disputes.  Dkt. No. 46.  Defendants' request indicates Plaintiff has not responded to a variety of their discovery requests and Plaintiff's counsel has not responded to defense counsel's efforts to meet and confer.  *Id.*

In light of the foregoing, the Court **ORDERS** the parties to meet and confer in person or by video-teleconference by August 9, 2016.  If unable to resolve the dispute, the parties shall draft a joint letter in compliance with paragraph 2 of the Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: August 2, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge