1

2

3

4                          UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    WILLIAM KLAMUT,                              Case No.  15-cv-02132-MEJ

              Plaintiff,
8                                                 **ORDER TO SHOW CAUSE**

9         v.

10   CALIFORNIA HIGHWAY PATROL, et al.,

              Defendants.
11

12

13        On August 20, 2016, Plaintiff William Klamut ("Plaintiff") filed his Amended Complaint.

14   *See* Dkt. No. 10.  Although the Court has issued summonses for Defendants Murillo, Koolman,

15   and Egan[1] (*see* Dkt. No. 13), Plaintiff has not filed a proof of service as to these Defendants.  To

16   date, Plaintiff also has not requested the Court issue summonses for Defendants California

17   Highway Patrol and Mann.

18        "If a defendant is not served within 90 days after the complaint is filed, the court—on

19   motion or on its own after notice to the plaintiff—must dismiss the action without prejudice

20   against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

21   More than 90 days have passed since Plaintiff filed his Amended Complaint.  Accordingly,

22   pursuant to Federal Rule of Civil Procedure 4(m), the Court **ORDERS** Plaintiff to show cause, in

23   writing and no later than **December 6, 2016**, why this case should not be dismissed for failure to

24   serve within the time required by Rule 4(m).  Notice is hereby provided that failure to file a

25   written response will be deemed an admission that Plaintiff does not intend to prosecute, and the

26   case will be dismissed without prejudice.  For this reason, it is imperative that the Court receive a

27   _____

28   [1] Plaintiff does not identify these Defendants' first names in his Amended Complaint or in his
     proposed summonses.

United States District Court
Northern District of California

written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 29, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California