UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KLAMUT,<br>     Plaintiff,<br>  v.<br>NIBECKER, et al.,<br>     Defendants. | Case No. 15-cv-02132-MEJ<br>**ORDER TO SHOW CAUSE** |

The Court's September 16, 2016 Amended Case Management Order required the parties to file their pretrial conference statement, motions in limine, and trial briefs by March 16, 2017. Dkt. No. 50. Plaintiff William Klamut did not file his trial brief, motions in limine, or proposed jury instructions. By failing to meet the deadline, Plaintiff has waived his right to submit any motions in limine or proposed jury instructions. In addition, the Court **ORDERS** Plaintiff to show cause as to why it should not sanction Plaintiff for failing to obey the Amended Case Management Order by not filing his trial brief. *See* Fed. R. Civ. P. 16(f)(1)(C) ("On motion or on its own, the court may issue any just orders . . . if a party or its attorney . . . fails to obey a scheduling or other pretrial order."). Plaintiff shall file his response by **March 20, 2017**.

**IT IS SO ORDERED.**

Dated: March 17, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge